AO 91 (Rev. 01/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

FILED
UNITED STATES DISTRICT COURT
LAS CRUCES, NEW MEXICO
FEB 27 2025
MITCHELL R. ELFERS
CLERK OF COURT

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No: 25-299 MJ |
| Harvee SOMA-Monterroso | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date of <u>February 25, 2025</u> in the county of <u>Dona Ana</u> in the <u>State and</u> District of <u>New Mexico</u>, the defendant violated <u>8</u> U.S.C. §<u>1326(a)(1),(2)(Re-Entry After Deport)</u>, an offense described as follows:

an alien, who had been previously arrested and deported from the United States and who had not received the consent of the appropriate authority of the United States to reapply for admission into the United States, was found in the United States, being willfully in the United States unlawfully

This criminal complaint is based on these facts:
The defendant was encountered by Border Patrol Agents on February 25, 2025, at the Border Patrol Agents in Dona Ana County, New Mexico. When questioned as to his citizenship, the defendant admitted to being a citizen of Guatemala without authorization to enter or remain in the United States. Records checks indicated that the defendant was removed from the United States to Guatemala on January 24, 2025. There is no evidence to indicate that the defendant has received the permission of the appropriate authority to reapply for admission into the United States.

☐ Continued on the attached sheet.

*Complainant's signature*

Filiberto Palafox, Agent
*Printed name and title*

Sworn to before me ~~and signed in my presence~~. via phone.

*Judge's signature*

Date: February 27, 2025

City and state: Las Cruces, N.M.

Gregory B. Wormuth, Chief U.S. Magistrate Judge
*Printed name and title*